UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
DANIEL CINEVERT,

                Plaintiff,

- v -                                **MEMORANDUM**

VARSITY BUS CO., INC., et al.,           CV-12-1223 (RRM)(VVP)

                Defendants.
-----------------------------------------------------------x

       The plaintiff has submitted a letter dated August 6, 2013, [DE 50] identifying several documents that he wishes to obtain from the defendants as well as numerous "inaccuracies" he contends are contained in various documents produced by the defendants. The defendants have responded by letter dated August 22, 2013 [DE 51] explaining the status of their efforts to produce the documents. Specifically, the defendants point out that the drug tests sought by the plaintiff may be found at several Bates-numbered pages in the production they have made, and that without a further description they do not know what the the other documents sought by the plaintiff are. Thus, the plaintiff should provide a further description of the documents to the defendants' counsel, preferably in a telephone conversation.

       As to the "inaccuracies" cited by the plaintiff, whether they are in fact inaccuracies and whether they have any relevance to the issues in this case are matters that will be addressed in summary judgment proceedings or at trial. There is no need for the court to address them during the present discovery phase of pretrial proceedings.

                                                      SO ORDERED:

                                                      *Viktor V. Pohorelsky*
                                                      VIKTOR V. POHORELSKY
                                                      United States Magistrate Judge

Dated:    Brooklyn, New York
            September 3, 2013