UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
DANIEL CINEVERT,

                Plaintiff,

   - v -                                 **MEMORANDUM**

VARSITY BUS CO., INC., et al.,         CV-12-1223 (RRM)(VVP)

                Defendants.
-------------------------------------------------------------x

       At a conference on January 14, 2014, the plaintiff agreed to advise the attorney for the Varsity Bus Lines defendants within seven days concerning the amount of money he would be willing to accept in settlement of his claims in this action. Although the plaintiff has sent voluminous communications to the attorneys and to the court, he has not as yet provided a settlement amount, and the defendants have asked the court for guidance as to how to proceed.

       <u>The plaintiff is advised that he must send his settlement demand to the defendants' attorney no later than February 14, 2014</u>. If the defendants do not receive such a demand by that date, they shall proceed with their summary judgment motion on the following schedule:

1. The defendants shall serve their moving papers (including the required advice to pro se litigants) on March 14, 2014;
2. The plaintiff shall serve his opposition on or before April 14, 2014;
3. The defendants shall serve their reply, and file all papers (including the plaintiff's opposition) on or before April 28, 2014.

If the defendants receive a demand by the above deadline, they shall advise the court within three days as to whether the demand provides a basis for further settlement discussions.

                                        **SO ORDERED:**

                                        *Viktor V. Pohorelsky*
                                        VIKTOR V. POHORELSKY
                                        United States Magistrate Judge

Dated:   Brooklyn, New York
           February 6, 2014